```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,** : : : Plaintiff, : : v. : : **DEPARTMENT OF JUSTICE,** : : : Defendant. : | Civil Action No. 05-845 (GK) |

### O R D E R

On November 8, 2005, a Status Conference was held in the above-captioned case. It is hereby

**ORDERED** that Plaintiff's Motion for Expedited Processing of Plaintiff's Freedom of Information Act Request ("Motion"), [**#8**], is **granted**; it is further

**ORDERED** that by the close of business on **November 9, 2005,** Plaintiff shall submit a revised proposed order for Plaintiff's Motion; it is further

**ORDERED** that by the close of business on **November 14, 2005,** the parties shall submit a Joint Praecipe containing either a schedule for the processing of the remaining documents, or notification to the Court that they have been unable to reach an agreement.

                                    __/s/_____
                                    Gladys Kessler
                                    United States District Judge

November 8, 2005

**Copies to**: **attorneys of record via ECF**